AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT **FILED**

for the
Western District of Texas

2010 DEC 10  PM 4: 59

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| | ) Case No. 3:10-M-6251-NJG |
| | ) |
| | ) |
| Javier Vargas | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of _____December 09, 2010_____ in the county of _____El Paso_____ in the
_____Western_____ District of _____Texas_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 U.S.C. 1324 (a)(2) and (a)(2)(B)(ii) | knowing and in reckless disregard of the fact that an alien has not received prior official authorization to come to, enter, or reside in the United States, brought to and attempted to bring to the United States in any manner whatsoever such alien, regardless of any official action which may later be taken with respect to such alien, for the purpose of commercial advantage and private financial gain. |

This criminal complaint is based on these facts:

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Gabriela Avelar
CBP Enforcement Officer
_____
*Printed name and title*

Sworn to before me and signed in my presence.

Date: _____December 10, 2010_____

_____
*Judge's signature*

City and state: _____El Paso, Texas_____

NORBERT J. GARNEY
UNITED STATES MAGISTRATE JUDGE

| STATUTE VIOLATED | PLACE OF VIOLATION | DATE |
|---|---|---|
| 8 USC 1324(a)(2) & (a)(2)(B)(ii) | Bridge of the Americas Port of Entry<br>El Paso, Texas | December 09, 2010 |

## VIOLATION

The DEFENDANT, Javier Vargas, did knowing and in reckless disregard of the fact that an alien has not received prior official authorization to come to, enter, or reside in the United States, brought to and attempted to bring to the United States in any manner whatsoever such alien, regardless of any official action which may later be taken with respect to such alien, for the purpose of commercial advantage and private financial gain.

## DEFENDANT

DEFENDANT is a 31 year old citizen of the United States.

## DETENTION STATUS

The DEFENDANT was transported to the El Paso County Detention Facility, El Paso, Texas, pending initial hearing before a United States Magistrate Judge.

## FACTS

That on or about December 09, 2010, the DEFENDANT, Javier Vargas, a citizen of the United States, applied for admission into the United States from Mexico via pedestrian primary at the Bridge of the Americas Port of Entry, El Paso, Texas. The DEFENDANT did so by presenting his United States Passport to Customs and Border Protection Officer Jon Hantzsche. Accompanying the DEFENDANT was a minor male, known as BADM, who presented a genuine State of Colorado Birth Certificate bearing the name of AMB. Both DEFENDANT and BADM rushed up to Officer Hantzsche pedestrian booth. Officer Hantzsche proceeded to interview both the DEFENANT and BADM separately. Officer Hantzsche asked the DEFENDANT what his purpose to Mexico was and the DEFENDANT stated that he went to Mexico two days ago to pick up his friends son so that he (BADM) could spend the holidays with his Aunt in Denver, Colorado. Officer Hantzsche asked the DEFENDANT where they were going and the DEFENDANT stated to his home in Denver, Colorado. At this point the DEFENDANT was allowed to proceed. Officer Hantzsche then began to interview BADM; BADM presented a State of Colorado Birth Certificate. Officer Hantzsche asked BADM for any type of identification, which he was unable to comply. Officer Hantzsche did not admit BADM, but rather escort him to Passport Control Secondary (PCS) for positive identification. As Officer Hantzsche was escorting BADM into PCS, he asked him for his citizenship, which BADM stated that he did not know. At PCS, BADM stated to Officer Vanessa Johnson that the birth certificate he presented was not his and revealed his true identity and further stated that he is a citizen and national of Mexico not in possession of any legal document with which to enter the United States. BADM admitted that a friend of his father offered him a US birth certificate and offered to bring him into the United States to Denver Colorado. Officer Hantzsche then proceeded to the north pedestrian area and escorted the DEFENDANT into PCS for further questioning. During a safety pat down of the DEFENDANT, the DEFENDANT voluntarily stated to Officer Sergio Contreras and Officer Hantzsche that he had picked up minor child (BADM) in Zacatecas and was well aware that the child was going to false claim to a United States citizenship. The DEFENDANT stated that a friend of the child's (BADM) father provided the birth certificate because the true owner of the birth certificate and BADM were almost the same age. The DEFENDANT further stated that he was going to get approximately $3000.00 pesos to take the child to Denver, Colorado to his aunt that is living there. The DEFENDANT stated he was aware of the fact that if they were apprehended he could be incarcerated but decided to smuggle BADM because he wanted the money. At this point Officer Contreras served the DEFENDANT with Form I-214, Warning of Rights-Interview Log, in the Spanish version, which the DEFENDANT read, stated he understood his rights, and voluntarily signed advising Officer Contreras that he was willing to answer further questions without an attorney being present. Under oath, the DEFENDANT admitted that he was aware that the birth certificate that BADM presented was not his and that a friend of BADM's father provided the birth certificate for him. The DEFENDANT stated that he was paid $3000.00 pesos to pay for his transportation to Denver, Colorado.

## CRIMINAL AND IMMIGRATION RECORD

**CRIMINAL RECORD:**
None can be established at this time.

**IMMIGRATION RECORD:**
The DEFENDANT is a United States Citizen.

## EXHIBITS

Exhibit "A"- Form I-214, Warning of Rights, signed by DEFENDANT on December 09, 2010.
Exhibit "B"- Form I-213, Record of Deportable/Inadmissible Alien, of DEFENDANT dated, December 09, 2010.
Exhibit "C"- Form I-877, Record of Sworn Statement, provided by DEFENDANT dated, December 09, 2010.
Exhibit "D"- State of Colorado birth certificate presented by BADM on December 09, 2010.